

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00305-CV

———————————————

HERBERT C. AUSBIE, Appellant

V.

SALVATION ARMY, INC., MAJOR JONATHAN RICH, MOLLIE SELLERS, KYLE ALLEN, CODE COMPLIANCE, ALFRONCO HURT ADO-CERTIFIED TERMITE & PEST CONTROL, Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-294065-17

Before Meier, Gabriel, and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Dismiss of Case and Appeal."  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  November 1, 2018